UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00391-RJC-DCK

| | |
|---|---|
| LEAD TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **Order**<br>UNIRENT EDV-SYSTEMTECHNIK GMBH, )<br>)<br>Defendant. )<br>)<br>) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 3). Plaintiff LEAD Technologies, Inc. asks the Court to enter a temporary restraining order ("TRO") that will (i) prohibit Defendant Unirent EDV-Systemtechnik GmbH from using, selling, or licensing LEAD's LEADTOOLS products pending the outcome of this litigation and (ii) require Unirent to provide customer-identifying information to LEAD. After considering the Motion, the declarations filed with it, and the record on file, the Court finds that:

1. LEAD will suffer immediate and irreparable injury, loss, or damage before Unirent can be heard in opposition. Specifically, LEAD's customer relationships will be interfered with. Damage to customer relationships is irreparable because it inflicts injuries that cannot be accurately measured or redressed through money damages.

2. LEAD's attorney certified in writing that notice was given to Unirent's counsel via email (Doc. No. 8).

3. LEAD has demonstrated a sufficient likelihood that it will succeed on the merits.

4. A TRO protecting LEAD's customer relationships will impose minimal, if any, undue hardship on Unirent.

5. A TRO protecting LEAD's customer relationships will further the public's interests in enforcing contracts and preventing unethical business behavior.

Accordingly, the Court **GRANTS** LEAD's Motion for a Temporary Restraining Order (Doc. No. 3) as follows. Defendant Unirent EDV-SystemTechnik GmbH is hereby restrained and enjoined from using, selling, or licensing LEADTOOLS products. Unirent is further required to provide customer-identifying information to LEAD.

Pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, LEAD shall post a $2,500 bond as payment of damages to which Unirent may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until a further order from the Court.

Service of the TRO, the Summons, and the Complaint filed in this case may be made on Unirent via any method authorized by Rule 5 of the Federal Rules of Civil Procedure.

A preliminary-injunction hearing is scheduled for Thursday, November 3, 2022, at 10:00 a.m. in Courtroom 4A, 401 W Trade St, Charlotte, NC 28202.

The TRO will expire in 14 days or upon the issuance of an order following the preliminary-injunction hearing, whichever occurs first.

**SO ORDERED**.

Signed: October 24, 2022

Robert J. Conrad, Jr.
United States District Judge