UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00391-RJC-DCK

| | |
|---|---|
| **LEAD TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Order** |
| **UNIRENT EDV-SYSTEMTECHNIK GMBH,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Proceedings (Doc. No. 19). After considering the Motion, the Court finds that:

1. By prior order of this Court dated October 24, 2022, and with the consent of the parties, Unirent is restrained and enjoined from using, selling, or licensing LEADTOOLS products and is required to provide customer-identifying information to LEAD.

2. LEAD's Motion for a Preliminary Injunction was set for a hearing on December 12, 2022.

3. Paragraph 6(g) of the parties' Reseller Agreement provides, "[Unirent] shall allow LEAD and/or its agent or agents, upon ten (10) days written notice, to inspect, audit and analyze all of [Unirent's] records in any way related to the LEAD Products as described herein."

4. The parties have agreed that a voluntary audit will be performed on Unirent's records related to LEAD products.

5. On December 16, 2022, the parties submitted a Joint Motion to Stay Proceedings, asking the Court to (i) stay the proceedings and extend the Temporary Restraining Order until the parties notify the Court that the audit has been completed and ask the Court to lift the stay and (ii) extend all current deadlines in the proceedings until twenty days after the stay is

lifted.

6. The parties' Joint Motion to Stay Proceedings was made in good faith, and a stay of the proceedings will not cause any undue delay that would prejudice the parties.

**THEREFORE**, it is **ORDERED** that:

1. The parties' Joint Motion to Stay Proceedings is **GRANTED**.
2. The proceedings in this case are stayed pending the audit of Unirent's records related to LEAD products.
3. The parties shall notify the Court when the audit has been completed.
4. If the parties do not either report that the audit is completed or jointly request additional time to extend the audit period by February 28, 2023, the stay will be lifted and the Temporary Restraining Order will expire on March 1, 2023.
5. All deadlines in the proceedings, including the deadlines for Unirent to respond to LEAD's Complaint and for LEAD to amend its pleadings as a matter of right, will be extended until twenty days after the stay is lifted.

**SO ORDERED**.

Signed: December 28, 2022

Robert J. Conrad, Jr.
United States District Judge